B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Symmetrical Stair, Inc.**

Debtor(s)

Case No. **09-21066**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express Business Platinum Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **American Express Business Platinum Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **Trade debt** | | **295,871.30** |
| **Beasley Forest Products, Inc.**<br>**P.O. Box 788**<br>**Hazlehurst, GA 31539** | **Beasley Forest Products, Inc.**<br>**P.O. Box 788**<br>**Hazlehurst, GA 31539** | **Trade debt** | | **33,606.46** |
| **Buckingham, Doolittle & Burroughs, LLP**<br>**3800 Embassy Parkway, Suite 300**<br>**Akron, OH 44333** | **Buckingham, Doolittle & Burroughs, LLP**<br>**3800 Embassy Parkway, Suite 300**<br>**Akron, OH 44333** | **Legal fees** | | **34,636.84** |
| **Commercial Services Group, Inc.**<br>**11603 Shelbyville Road, Suite 3**<br>**Louisville, KY 40243** | **Commercial Services Group, Inc.**<br>**11603 Shelbyville Road, Suite 3**<br>**Louisville, KY 40243** | **Collection agency** | | **16,368.63** |
| **Dell Commercial Credit**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | **Dell Commercial Credit**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | **Trade debt** | | **16,798.41** |
| **Florida Panthers Hockey Club**<br>**One Panther Parkway**<br>**Sunrise, FL 33323** | **Florida Panthers Hockey Club**<br>**One Panther Parkway**<br>**Sunrise, FL 33323** | | **Disputed** | **15,900.00** |
| **Forest Product Distributors**<br>**P.O. Box 8088**<br>**Rapid City, SD 57709** | **Forest Product Distributors**<br>**P.O. Box 8088**<br>**Rapid City, SD 57709** | **Trade debt** | | **15,628.16** |
| **Gator Leasing**<br>**10900 NW 25th Street, Suite 200**<br>**Miami, FL 33172-1922** | **Gator Leasing**<br>**10900 NW 25th Street, Suite 200**<br>**Miami, FL 33172-1922** | **Trade debt - vehicle lease** | | **34,400.00** |
| **GE**<br>**4246 South Riverboat Road**<br>**Salt Lake City, UT 84123** | **GE**<br>**4246 South Riverboat Road**<br>**Salt Lake City, UT 84123** | **Trade debt** | | **22,812.16** |
| **Hood Industries d/b/a McEwen Lumber Co.**<br>**P.O. Box 17317**<br>**Hattiesburg, MS 39404-7317** | **Hood Industries d/b/a McEwen Lumber Co.**<br>**P.O. Box 17317**<br>**Hattiesburg, MS 39404-7317** | **Trade debt - material** | | **47,200.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Symmetrical Stair, Inc.**                                                    Case No.    **09-21066**
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Leepers Stair Products**<br>**2100 E. Artesia Boulevard**<br>**Long Beach, CA 90805** | **Leepers Stair Products**<br>**2100 E. Artesia Boulevard**<br>**Long Beach, CA 90805** | **Trade debt - material** | | **51,479.92** |
| **New Metals, Inc.**<br>**5823 Northgate, Suite 2032**<br>**Laredo, TX 78041-2697** | **New Metals, Inc.**<br>**5823 Northgate, Suite 2032**<br>**Laredo, TX 78041-2697** | **Trade debt - material** | | **17,152.92** |
| **Rex Lumber**<br>**840 Main Street**<br>**Acton, MA 01720** | **Rex Lumber**<br>**840 Main Street**<br>**Acton, MA 01720** | **Trade debt -- materials (lumber)** | | **26,234.71** |
| **Salastech, Inc.**<br>**23163 Sunfield Drive**<br>**Boca Raton, FL 33433** | **Salastech, Inc.**<br>**23163 Sunfield Drive**<br>**Boca Raton, FL 33433** | **IT consulting fees** | | **35,092.50** |
| **Sample at Park Central, LLC**<br>**2100 Park Central Boulevard, North**<br>**Suite 900**<br>**Pompano Beach, FL 33064** | **Sample at Park Central, LLC**<br>**2100 Park Central Boulevard, North**<br>**Suite 900**<br>**Pompano Beach, FL 33064** | **Trade debt - Rent on former location of business** | | **33,600.00** |
| **Source Building Products,Inc.**<br>**25617 Gateway Boulevard**<br>**Tracy, CA 95377** | **Source Building Products,Inc.**<br>**25617 Gateway Boulevard**<br>**Tracy, CA 95377** | **Trade debt - material** | | **15,888.10** |
| **Stair House, Inc.**<br>**8080 Troon Circle, Suite 180**<br>**Austell, GA 30168** | **Stair House, Inc.**<br>**8080 Troon Circle, Suite 180**<br>**Austell, GA 30168** | **Trade debt - material** | | **19,514.57** |
| **Stair Parts Incorporated**<br>**200 Princeton Boulevard**<br>**Adairsville, GA 30103** | **Stair Parts Incorporated**<br>**200 Princeton Boulevard**<br>**Adairsville, GA 30103** | **Trade debt - material** | | **16,062.16** |
| **SunTrust Bank**<br>**303 Peachtree Street, NE,**<br>**Suite 900**<br>**Atlanta, GA 30308** | **SunTrust Bank**<br>**303 Peachtree Street, NE, Suite 900**<br>**Atlanta, GA 30308** | **Bank loan** | | **1,050,465.20**<br><br>**(0.00 secured)** |
| **Vina + Company**<br>**255 Alhambra Circle, Suite 715**<br>**Coral Gables, FL 33134** | **Vina + Company**<br>**255 Alhambra Circle, Suite 715**<br>**Coral Gables, FL 33134** | **Accounting services** | **Disputed** | **42,741.09** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June  8, 2009**                              Signature    **/s/ Alphonso J. Cheponis, III**
                                                                     **Alphonso J. Cheponis, III**
                                                                     **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Symmetrical Stair, Inc.**                                      ,          Case No.   **09-21066**

_____
Debtor

Chapter                                    **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 437,591.20 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,050,465.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 8,383.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 995,108.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 437,591.20 | | |
| Total Liabilities | | | | 2,053,957.24 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Symmetrical Stair, Inc.**                                     ,    Case No.    **09-21066**

Debtor

Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6D (Official Form 6D) (12/07)

In re    **Symmetrical Stair, Inc.**                                          Case No.    **09-21066**
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxx0-125** | | | | | **02/23/2009** | | | | | |
| | | | | | **Bank loan** | | | | | |
| **SunTrust Bank** | | | | | | | | | | |
| **303 Peachtree Street, NE, Suite 900** | | - | | | | | | | | |
| **Atlanta, GA 30308** | | | | | | | | | | |
| | | | | | Value $                **0.00** | | | | **1,050,465.20** | **1,050,465.20** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**_0_** continuation sheets attached

|  | Subtotal (Total of this page) | **1,050,465.20** | **1,050,465.20** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,050,465.20** | **1,050,465.20** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re __Symmetrical Stair, Inc._____,    Case No. ___09-21066_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Symmetrical Stair, Inc.** , Case No. **09-21066**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xCxxx-xx-xx6023** | | | | **2007** | | | | | |
| | | | | **Tangible property taxes** | | | | | |
| **Broward County - Revenue Collection** **115 South Andrews Avenue, Room A100** **Fort Lauderdale, FL 33301** | - | | | | | | | | **0.00** |
| | | | | | | | | **8,383.18** | **8,383.18** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **8,383.18** | **8,383.18** |
| Total | **0.00** | |
| (Report on Summary of Schedules) | **8,383.18** | **8,383.18** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __**Symmetrical Stair, Inc.**_____,   Case No. ___**09-21066**_____
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **572**<br><br>**84 Lumber**<br>**P.O. Box 365**<br>**Eighty Four, PA 15330-0365** | | - | | | **2004 - 08/15/08**<br>**Trade debt - material** | | | | **10,950.95** |
| Account No. **335087**<br><br>**AAA Cooper Transporation**<br>**P.O. Box 102442**<br>**Atlanta, GA 30368-2442** | | - | | | **2003 - 01/31/08**<br>**Freight services** | | | X | **72.35** |
| Account No. **01300-131525725**<br><br>**ADT Security Service, Inc.**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** | | - | | | **2002 - 03/07/09**<br>**Security services** | | | | **668.80** |
| Account No. **13753**<br><br>**Allied Fastener & Tool, Inc.**<br>**1130 North G Street**<br>**Lake Worth, FL 33460** | | - | | | **2000 - 08/07/08**<br>**Trade debt - material** | | | | **925.58** |
| __22__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **12,617.68** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:40335-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Symmetrical Stair, Inc.** ,    Case No.    **09-21066**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x1005**<br><br>**American Express Business Platinum Card**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | - | | | **2003 - 05/20/2008**<br>**Trade debt** | | | | 295,871.30 |
| Account No. **3717 566874 82008**<br><br>**American Express Centurion Card**<br>**P.O. Box 297846**<br>**Fort Lauderdale, FL 33329-7846** | - | | | **2005 - 06/08/08**<br>**Trade debt** | | | | 1,487.39 |
| Account No. **14458**<br><br>**Armchem International**<br>**3563 NW 53rd Court**<br>**Fort Lauderdale, FL 33309** | - | | | **2001 - 01/01/08**<br>**Janitorial supplies** | | | | 520.84 |
| Account No. **9016 9465300**<br><br>**Arrow Exterminators**<br>**P.O. Box 1560**<br>**Boca Raton, FL 33429-1560** | - | | | **2007 - 04/24/08**<br>**Pest control** | | | | 159.76 |
| Account No. **Symmetrical Stair, Inc.**<br><br>**Beasley Forest Products, Inc.**<br>**P.O. Box 788**<br>**Hazlehurst, GA 31539** | - | | | **2007 - 10/30/07**<br>**Trade debt** | | | | 33,606.46 |

Sheet no. __1__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

331,645.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Symmetrical Stair, Inc.**                                                                              Case No.    **09-21066**
                                          ,
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Best Roofing** <br> **209 NW 12th Avenue** <br> **Pompano Beach, FL 33069** | | - | | **10/16/08** <br> **Maintenance repair** | | | | 358.10 |
| Account No. 9544443409 <br><br> **Broward Century Locksmiths, Inc.** <br> **37 NE 2nd Avenue** <br> **Deerfield Beach, FL 33441** | | - | | **2000 - 08/22/08** <br> **Installation of door lock** | | | | 88.53 |
| Account No. 3C000-08-276023 <br><br> **Broward County - Revenue Collection** <br> **115 South Andrews Avenue, Room A100** <br> **Fort Lauderdale, FL 33301** | | - | | **08/25/08** <br> **Trade debt - 2007 sales and use tax** | | | | 10,883.18 |
| Account No. <br><br> **Broward Powder Coating, Inc.** <br> **3810 NW 126th Avenue** <br> **Coral Springs, FL 33065** | | - | | **2007 - 01/14/08** <br> **Trade debt - labor, powder coating material** | | | | 2,979.00 |
| Account No. **xxxxx-0001** <br><br> **Buckingham, Doolittle & Burroughs, LLP** <br> **3800 Embassy Parkway, Suite 300** <br> **Akron, OH 44333** | | - | | **2001 - 09/12/08** <br> **Legal fees** | | | | 34,636.84 |

Sheet no. **2** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  48,945.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Symmetrical Stair, Inc.**                                    ,            Case No.    **09-21066**
                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Builders Automation Machinery Co.**<br>**P.O. Box 10068**<br>**Largo, FL 33773-0068** | - | | | **2006 - 11/21/08**<br>**Trade debt - labor, repair shop equipment** | | | | 491.62 |
| Account No.<br><br>**Carbide Sharpening, Inc.**<br>**4021 NE 6th Avenue**<br>**Fort Lauderdale, FL 33334** | - | | | **2000 - 03/09/09**<br>**Trade debt - shop supplies** | | | | 42.00 |
| Account No. 7353991<br><br>**CDW Direct, LLC**<br>**P.O. Box 75723**<br>**Chicago, IL 60675-5723** | - | | | **2006 - 02/22/08**<br>**Trade debt - toner cartridges** | | | | 1,192.94 |
| Account No.<br><br>**Century Forest Products**<br>**P.O. Box 11916**<br>**Lynchburg, VA 24506-1916** | - | | | **2004 - 01/31/08**<br>**Trade debt - material** | | | | 10,000.00 |
| Account No. 30944<br><br>**Ceridian Benefit Services**<br>**3201 34th Street, South**<br>**Saint Petersburg, FL 33711** | - | | | **2005 - 03/31/08**<br>**COBRA insurance** | | | | 216.70 |

Sheet no. __3___ of __22___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,943.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Symmetrical Stair, Inc.**                                          ,    Case No.  **09-21066**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5082 2900 5269 7627**<br><br>**CitiBusiness AAdvantage Card**<br>**P.O. Box 44180**<br>**Jacksonville, FL 32231-4180** | - | | | | 2004 - 03/02/09<br>Credit card | | | | 5,718.86 |
| Account No. **6094-112676**<br><br>**City of Pompano Beach**<br>**100 W Atlantic Blvd**<br>**Pompano Beach, FL 33061** | - | | | | 5/2008<br>Inspection fee | | | | 135.25 |
| Account No. **SYM100**<br><br>**Coast to Coast Building Products**<br>**P.O. Box 160189**<br>**Miami, FL 33116-0189** | - | | | | 2000 - 11/2008<br>Trade debt -- shop supplies and materials | | | | 308.16 |
| Account No. **xxxxxx8002**<br><br>**Commercial Services Group, Inc.**<br>**11603 Shelbyville Road, Suite 3**<br>**Louisville, KY 40243** | - | | | | Collection agency | | | | 16,368.63 |
| Account No. **SYM075**<br><br>**Comp-Air Service Co.**<br>**13195 NW 38th Avenue**<br>**Miami, FL 33054** | - | | | | 8/20/2008<br>Trade debt | | | | 776.97 |

Sheet no. **4** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    23,307.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **Symmetrical Stair, Inc.** _____ ,    Case No. ____**09-21066**____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **482951** <br><br> **Crown Heritage Stair Co.** <br> **P.O. Box 130** <br> **North Wilkesboro, NC 28659** | - | | **2/2008 - 3/2008** <br> **Trade debt - rail material** | | | | 2,794.27 |
| Account No. **12681541637968** <br><br> **Crystal Springs** <br> **P.O. Box 660579** <br> **Dallas, TX 75266-0579** | - | | **2000 - 7/2008** <br> **Bottled water service** | | | | 157.34 |
| Account No. <br><br> **Custom Hardware Solutions** <br> **2030 Zell Road** <br> **Ferndale, WA 98248** | - | | **2007** <br> **Trade debt - shop supplies** | | | | 36.13 |
| Account No. **SYMMST102191** <br><br> **Deerfield Builders Supply** <br> **77 SE 2d Avenue** <br> **Deerfield Beach, FL 33441** | - | | **2001 - 8/2008** <br> **Trade debt - material** | | | | 2,650.55 |
| Account No. **598628021** <br><br> **Deerfield Tire Center** <br> **317 South Federal Highway** <br> **Deerfield Beach, FL 33441** | - | | **2000 - 4/2008** <br> **Trade debt -- fleet related vehicle repair** | | | | 627.97 |

Sheet no. __**5**___ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,266.26

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Symmetrical Stair, Inc.** ,                                          Case No.  **09-21066**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6011 5000 2263 1892** <br><br> **Dell Commercial Credit** <br> **P.O. Box 689020** <br> **Des Moines, IA 50368-9020** | | - | | **2005 - 06/17/08** <br> **Trade debt** | | | | 16,798.41 |
| Account No. **003-7981403-001** <br><br> **Dell Financial Services** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197-5292** | | - | | **2006 - 5/2008** <br> **Computer equipment rental** | | | | 8,564.24 |
| Account No. **FTL04611** <br><br> **Digitel Corp** <br> **2600 School Drive** <br> **Atlanta, GA 30360-3158** | | - | | **2000 - 8/2008** <br> **Communications installation** | | | | 181.60 |
| Account No. **2715118** <br><br> **Dixie Plywood** <br> **P.O. Box 608125** <br> **Orlando, FL 32860-8125** | | - | | **2000 - 6/2008** <br> **Trade debt - material** | | | | 3,735.68 |
| Account No. **7187-8995-9884-1000** <br><br> **Exxon - Mobil** <br> **2195 N. University Park Blvd.** <br> **Layton, UT 84041** | X | - | | **2000 - 2/2009** <br> **Trade debt - fleet fuel** | | | | 3,675.34 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,955.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Symmetrical Stair, Inc.**                                          , Case No.    **09-21066**
_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2036-6228-9**<br><br>**Federal Express**<br>**P.O. Box 660481**<br>**Dallas, TX 75266-0481** | | - | | | **2000 - 3/2009**<br>**Courier services** | | | | 38.88 |
| Account No. **554928**<br><br>**Florida Department of Revenue**<br>**5050 West Tallahassee Street**<br>**Tallahassee, FL 32399-0125** | | - | | | **3/2009**<br>**Penalty** | | | | 72.23 |
| Account No. **Symmetrical Stair**<br><br>**Florida Panthers Hockey Club**<br>**One Panther Parkway**<br>**Sunrise, FL 33323** | | - | | | **06/01/2009** | | | X | 15,900.00 |
| Account No. **xxxxxxxxxxxxxxxxxxxxx6351**<br><br>**Ford Motor Credit Company, LLC**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | | - | | | **2000**<br>**Fleet related debt** | | | | 5,097.91 |
| Account No. **xxxxxxxxxxxxxxxxxxxxx6120**<br><br>**Ford Motor Credit Company, LLC**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216-6508** | | - | | | **2000**<br>**Fleet related debt** | | | | 7,273.83 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,382.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Symmetrical Stair, Inc.**                                                       , Case No.   **09-21066**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Forest Product Distributors**<br>**P.O. Box 8088**<br>**Rapid City, SD 57709** | | - | 2004 - 09/25/07<br>**Trade debt** | | | | 15,628.16 |
| Account No.<br><br>**Foster Learning Corp**<br>**P.O. Box 5099**<br>**Lighthouse Point, FL 33074** | | - | 2007<br>**Consulting fees** | | | | 2,000.00 |
| Account No.<br><br>**Furr and Cohen, P.A.**<br>**2255 Glades Road, Suite 337W**<br>**Boca Raton, FL 33431** | | - | 2/2008<br>**legal fees** | | | | 475.00 |
| Account No. **10003735**<br><br>**Gator Leasing**<br>**10900 NW 25th Street, Suite 200**<br>**Miami, FL 33172-1922** | | - | 2006 - 03/01/08<br>**Trade debt - vehicle lease** | | | | 34,400.00 |
| Account No. **ending in xxxxx2115**<br><br>**GE**<br>**4246 South Riverboat Road**<br>**Salt Lake City, UT 84123** | | - | **Trade debt** | | | | 22,812.16 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,315.32

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc._____ ,    Case No. ____09-21066_____
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 7412668-002<br><br>GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | | - | | | 2007 - 7/2008<br>Copier rental for Toshiba model E-Studio282. | | | | 2,076.80 |
| Account No. 844785501<br><br>Grainger<br>455 Knightsbridge Pkwy<br>Lincolnshire, IL 60069-3614 | | - | | | 2002 - 4/2008<br>Trade debt - shop supplies | | | | 475.34 |
| Account No. 28058<br><br>Greymark Security Group<br>7301 NW 4th Street, Suite 110<br>Fort Lauderdale, FL 33317-2234 | | - | | | 2001 - 8/2008<br>Trade debt -- background check | | | | 73.69 |
| Account No. 31467<br><br>Heritage Forest Products, Inc.<br>P.O. Box 2460<br>Deland, FL 32721 | | - | | | 2000 - 4/2008<br>Trade debt - material | | | | 1,060.95 |
| Account No. 6035-3220-1463-3444<br><br>Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | | - | | | 2000 - 3/2009<br>Trade debt - shop supplies | | | | 1,110.86 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,797.64

B6F (Official Form 6F) (12/07) - Cont.

In re  **Symmetrical Stair, Inc.**                                          , Case No.  **09-21066**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **330-8400** <br><br> **Hood Industries d/b/a McEwen Lumber Co.** <br> **P.O. Box 17317** <br> **Hattiesburg, MS 39404-7317** | - | | **2000 - 01/28/08** <br> **Trade debt - material** | | | | 47,200.00 |
| Account No. **2193** <br><br> **House of Forgings** <br> **P.O. Box 840383** <br> **Dallas, TX 75284-0383** | - | | **2002 - 3/2009** <br> **Trade debt -- material** | | | | 744.52 |
| Account No. **10000019340** <br><br> **Hyphen Solutions** <br> **16301 Quorum Drive** <br> **Suite 100A** <br> **Addison, TX 75001-6861** | - | | **2005 - 1/2009** <br> **Trade debt -- website license fee** | | | | 420.00 |
| Account No. **11093** <br><br> **Industrial Building Services** <br> **3511 NE 22d Avenue** <br> **Fort Lauderdale, FL 33308-6226** | - | | **2005 - 6/2008** <br> **Trade debt -- maintenance** | | | | 764.78 |
| Account No. <br><br> **Iron Cove Solutions** <br> **8020 Rayford Drive** <br> **Los Angeles, CA 90045** | - | | **2007 - 1/2009** <br> **Trade debt - email services** | | | | 980.00 |

Sheet no. **10** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     50,109.30

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc._____,    Case No. ___09-21066_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **SS001**<br><br>**J&E Fasteners**<br>**4648 N Hiatus Road**<br>**Fort Lauderdale, FL 33351** | | - | | | **2000 - 3/2008**<br>**Trade debt -- shop supplies** | | | | 229.22 |
| Account No.<br><br>**Jan Pro Cleaning**<br>**1700 North Dixie Highway, Suite 145**<br>**Boca Raton, FL 33432** | | - | | | **2007 - 7/2008**<br>**Trade debt - cleaning services** | | | | 2,385.00 |
| Account No. **275**<br><br>**Jones Lumber**<br>**4500 Oak Circle**<br>**Boca Raton, FL 33431** | | - | | | **2007 - 3/2008**<br>**Trade debt - material** | | | | 7,163.65 |
| Account No. **81915000**<br><br>**Kaufman Rossin & Co.**<br>**2699n S. Bayshore Drive**<br>**Miami, FL 33133** | | - | | | **03/08 - 07/08/08**<br>**Trade debt - accounting services** | | | X | 5,000.00 |
| Account No. **21136**<br><br>**King Architectural Metals**<br>**9611 East RL Thornton**<br>**Dallas, TX 75228** | | - | | | **2000 - 12/2007**<br>**Trade debt - material** | | | | 4,563.53 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,341.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Symmetrical Stair, Inc.**
,   Case No.   **09-21066**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **45352**<br><br>**Klingspor Abrasives**<br>**P.O. Box 2367**<br>**Hickory, NC 28603** | - | | **2000 - 12/2007**<br>**Trade debt - shop supplies** | | | | 230.56 |
| Account No.<br><br>**Kluger Peretz Kaplan & Berlin**<br>**201 S Biscayne Blvd., Suite 1700**<br>**Miami, FL 33131** | - | | **3/2008**<br>**Attorneys' fees** | | | | 2,707.50 |
| Account No. **SYMMETI**<br><br>**Leepers Stair Products**<br>**2100 E. Artesia Boulevard**<br>**Long Beach, CA 90805** | - | | **2000 - 02/23/09**<br>**Trade debt - material** | | | | 51,479.92 |
| Account No. **1847**<br><br>**LG Smith Stair Systems**<br>**35280 Scio-Bowerston Road**<br>**Bowerston, OH 44695** | - | | **2005 - 12/2007**<br>**Trade debt - material** | | | | 4,103.92 |
| Account No.<br><br>**LM Industrial**<br>**1429 Central Florida Pkwy**<br>**Orlando, FL 32837** | - | | **1/2008**<br>**Trade debt - fabrication and installation** | | | | 2,629.00 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,150.90

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc._____,    Case No. ____09-21066_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Metal Spray Painting**<br>**c/o Deregon Financial Group**<br>**P.O. Box 6247**<br>**Fort Lauderdale, FL 33310** | - | | | **2000 0 6.2008**<br>**Trade debt - fabrication** | | | | 692.00 |
| Account No. **SYMMETR**<br><br>**Mobile Medical Solutions**<br>**P.O. Box 812078**<br>**Boca Raton, FL 33431** | - | | | **2001 - 9/2008**<br>**Trade debt -- employee drug screening** | | | | 76.00 |
| Account No.<br><br>**Moulding Solutions, Inc.**<br>**31 Weissinger Road**<br>**Kingston, GA 30145** | | | | **2007**<br>**Trade debt - material** | | | | 1,088.36 |
| Account No. **950807-150908**<br><br>**NEBS**<br>**500 Main Street**<br>**Groton, MA 01471** | - | | | **2000 - 11/2008**<br>**Office supplies** | | | | 356.08 |
| Account No. **xx-1776**<br><br>**New Metals, Inc.**<br>**5823 Northgate, Suite 2032**<br>**Laredo, TX 78041-2697** | - | | | **2000 - 10/19/07**<br>**Trade debt - material** | | | | 17,152.92 |

Sheet no. _**13**_ of _**22**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 19,365.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Symmetrical Stair, Inc.** ,  Case No. **09-21066**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6011-5646-0002-2288<br><br>Office Depot<br>P.O. Box 688020<br>Des Moines, IA 50368-9020 | - | | | 2001 - 10/2008<br>Trade debt -- office supplies | | | | 861.51 |
| Account No. 102635<br><br>Pam American Screw<br>630 Reese Drive<br>Conover, NC 28613 | - | | | 2000 - 11/2008<br>Trade debt - shop supplies | | | | 174.38 |
| Account No.<br><br>Peek Seven<br>2151 W. Hillsboro Blvd<br>Suite 300<br>Deerfield Beach, FL 33442 | - | | | 2003 - 1/2009<br>Trade debt -- printing | | | | 365.78 |
| Account No. 606821<br><br>Piedmont Plastics, Inc.<br>P.O. Box 890216<br>Charlotte, NC 28289-0216 | - | | | 2006 - 11/2008<br>Trade debt -- office supplies | | | | 130.60 |
| Account No. 8000-9090-0306-0493<br><br>Pitney Bowes Purchase Power<br>P.O. Box 5065<br>Shelton, CT 06484-7135 | - | | | 2000 - 3/2009<br>Postage | | | | 1,855.27 |

Sheet no. **14** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,387.54**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc.__ ,
Debtor

Case No. ___09-21066___

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 1829-3860-86-4 <br><br> Pitney Bowes, Inc. <br> 2225 American Drive <br> Neenah, WI 54956-1005 | | - | | | 2000 - 2/2009 <br> Postage supplies | | | | 60.93 |
| Account No. 1286.001 <br><br> Ply-Trim South, Inc. <br> P.O. Box 2336 <br> Youngstown, OH 44509 | | - | | | 2007 - 12/26/07 <br> Trade debt - material | | | | 4,864.02 |
| Account No. 73173 <br><br> Rapid Rooter <br> 25 NE 5th Street <br> Pompano Beach, FL 33060 | | - | | | 3/2008 - 6/2008 <br> Trade debt -- shop plumbing services | | | | 1,117.66 |
| Account No. <br><br> Redrock Print Productions <br> 6196 Vista Linda Lane <br> Boca Raton, FL 33433 | | - | | | 2007 - 12/2007 <br> Trade debt - printing services | | | | 5,998.54 |
| Account No. 3111063 <br><br> Rex Lumber <br> 840 Main Street <br> Acton, MA 01720 | | - | | | 2002 - 11/2007 <br> Trade debt -- materials (lumber) | | | | 26,234.71 |

Sheet no. __15__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,275.86

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc._____,     Case No. ____09-21066_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Richard Blacharski<br>6221 Windchime Place<br>Boynton Beach, FL 33437 | | - | | 02/13/09<br>Trade debt - Accounting fees | | | | 7,954.00 |
| Account No.<br><br>Rider Motorsports, Inc.d/b/a Excell Auto<br>6454 East Rogers Circle<br>Boca Raton, FL 33487 | | - | | 2005 - 02/02/08<br>Automotive service | | | X | 5,710.27 |
| Account No. 030062<br><br>RVL Equipment<br>13225 NW 47th Avenue<br>Opa Locka, FL 33054 | | - | | 2000 - 6/2008<br>Trade debt - machinery repair | | | | 77.87 |
| Account No.<br><br>Salastech, Inc.<br>23163 Sunfield Drive<br>Boca Raton, FL 33433 | | - | | 2003 - 09/07<br>IT consulting fees | | | | 35,092.50 |
| Account No. SYMMETRI 01<br><br>Sample at Park Central, LLC<br>2100 Park Central Boulevard, North<br>Suite 900<br>Pompano Beach, FL 33064 | | - | | 2000 - 04/01/09<br>Trade debt - Rent on former location of business | | | | 33,600.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,434.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Symmetrical Stair, Inc.**                                              ,   Case No.   **09-21066**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Signature Stair** <br> **263 high Tower Parkway** <br> **Dawsonville, GA 30534** | | - | | **2000 - 10/2007** <br> **Trade debt - material** | | | | 3,402.52 |
| Account No. **37300** <br><br> **Smith Wood Products, Ltd.** <br> **4220 Clay Avenue** <br> **Haltom City, TX 76117** | | - | | **2007 - 12/2007** <br> **Trade Debt - material** | | | | 822.41 |
| Account No. **Symmetrical Stair, Inc.** <br><br> **Source Building Products,Inc.** <br> **25617 Gateway Boulevard** <br> **Tracy, CA 95377** | | - | | **Trade debt - material** | | | | 15,888.10 |
| Account No. **0100222868** <br><br> **Southern Waste Systems** <br> **790 Hillbrath Drive** <br> **Lantana, FL 33462** | | - | | **2004 - 03/03/08** <br> **Waste removal** | | | | 2,843.25 |
| Account No. <br><br> **Specialty Engineering Consultants** <br> **1599 SW 30th Avenue, Suite 20** <br> **Boynton Beach, FL 33426** | | - | | **7/2008 - 12/2008** <br> **Consulting services** | | | | 525.00 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            23,481.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Symmetrical Stair, Inc.**                      ,    Case No.     **09-21066**

                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **11453**<br><br>**Specialty Supplies**<br>**3410 Park Central Blvd., N**<br>**Pompano Beach, FL 33064** | | - | | **2004 - 2/2008**<br>**Trade debt - shop supplies** | | | | 195.70 |
| Account No. **373091713**<br><br>**Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** | | - | | **2000 - 5/2008**<br>**Cellular services** | | | | 252.70 |
| Account No. **816347416**<br><br>**Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** | | - | | **2000 - 07/10/08**<br>**Cellular services** | | | | 6,203.67 |
| Account No. **SYN0001**<br><br>**Stair House, Inc.**<br>**8080 Troon Circle, Suite 180**<br>**Austell, GA 30168** | | - | | **2002 - 03/26/09**<br>**Trade debt - material** | | | | 19,514.57 |
| Account No. **SYMMST 0**<br><br>**Stair Parts Incorporated**<br>**200 Princeton Boulevard**<br>**Adairsville, GA 30103** | | - | | **2000 - 01/17/08**<br>**Trade debt - material** | | | | 16,062.16 |

Sheet no. __18__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal<br>(Total of this page)    **42,228.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __Symmetrical Stair, Inc._____ ,    Case No. ____09-21066_____
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>Steve Leady<br>1252 SE 2d Avuenue<br>Deerfield Beach, FL 33441 | | - | | 2/26/2008<br>Expenses related to a former employee | | | | 1,436.20 |
| Account No. 62219 <br><br>Sunbelt Rentals<br>P.O. Box Rentals<br>Atlanta, GA 30384-9211 | | - | | 2003 - 2/2008<br>Trade debt - equipment rental | | | | 560.62 |
| Account No. 421704309 <br><br>T-Mobile<br>P.O. Box 37380<br>Albuquerque, NM 87176-7980 | | - | | 2003 - 3/2008<br>Cellular telephone services | | | | 113.93 |
| Account No. <br><br>The Watermen Co<br>4200 Oak Circle<br>Boca Raton, FL 33434 | | - | | 12/2008<br>Trade debt -- shop plumbing repair | | | | 251.29 |
| Account No. BR2121 <br><br>Toshiba Business Solutions<br>6401 Nob Hill Road<br>Tamarac, FL 33321 | | - | | 2000 - 2/2008<br>Copier maintenance | | | | 446.26 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        2,808.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Symmetrical Stair, Inc.**                                    ,          Case No.    **09-21066**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6A864X**  **United Parcel Service** P.O. Box 650580 Dallas, TX 75265-0580 | | - | | | 2000 - 3/2009 Courier services | | | | 10.87 |
| Account No. **45797920**  **United Parcel Service Freight** P.O. Box 1216 Richmond, VA 23218-1216 | | - | | | 10/2008 Freight shipping services | | | | 65.00 |
| Account No. **9549747879**  **Vacuum Pressing Systems** 553 River Road Brunswick, ME 04011 | | - | | | 2007 Trade debt - shop supplies | | | | 391.76 |
| Account No. **420297139-00001**  **Verizon Wireless** P.O. Box 105378 Atlanta, GA 30348 | | - | | | 2005 - 04/13/08 Cellular services | | | | 4,934.22 |
| Account No. **920229312-00001**  **Verizon Wireless** P.O. Box 105378 Atlanta, GA 30348 | | - | | | 2005 - 12/13/07 Broadband data card | | | | 124.71 |

Sheet no. __**20**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,526.56**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Symmetrical Stair, Inc.**                                          ,        Case No.    **09-21066**
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **692** <br><br> **Vina + Company** <br> **255 Alhambra Circle, Suite 715** <br> **Coral Gables, FL 33134** | | - | | **2006 - 10/29/07** <br> **Accounting services** | | | X | 1,518.34 |
| Account No. **673** <br><br> **Vina + Company** <br> **255 Alhambra Circle, Suite 715** <br> **Coral Gables, FL 33134** | | - | | **2006 - 10/31/08** <br> **Accounting services** | | | X | 42,741.09 |
| Account No. **Cheponis** <br><br> **Vistage** <br> **8286 Bayberry Road** <br> **Jacksonville, FL 32256** | X | - | | **2003 - 3/2009** <br> **Consulting services** | | | | 3,015.00 |
| Account No. **SYMMETRICAL** <br><br> **Walnut Creek Planing, Ltd.** <br> **5778 State Route 515** <br> **Millersburg, OH 44654** | | - | | **2007 - 12/21/07** <br> **Trade debt - material** | | | | 1,757.51 |
| Account No. **775990001** <br><br> **WM Cramer Lumber Company** <br> **110 Tech Drive** <br> **Sanford, FL 32771** | | - | | **2005 - 03/31/09** <br> **Trade debt - material** | | | | 4,707.74 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,739.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Symmetrical Stair, Inc.** _____,   Case No. ___09-21066___
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2378907<br><br>Woodworker's Supply, Inc.<br>1108 North Glenn Road<br>Casper, WY 82601 | - | | 2006 - 09/20/07<br>Trade debt - shop supplies | | | | 306.53 |
| Account No. 0410-00-452652-1<br><br>Wright Express<br>P.O. Box 639<br>Portland, ME 04109 | - | | 2001 - 12/06/07<br>Fuel | | | | 15,222.66 |
| Account No.<br><br>ZZYZX Transport, LLC<br>4580 Donald Ross Road, #99<br>Palm Beach Gardens, FL 33418 | - | | 12/08 - 03/01/09<br>Transportation | | | | 1,552.50 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 17,081.69 |
| Total (Report on Summary of Schedules) | | 995,108.86 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **Symmetrical Stair, Inc.** ,          Case No. __09-21066__
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| ADT Security Service, Inc.<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 | Written contract for security service for the debtor's office and warehouse space at 2115 SW 2nd Street, Pompano Beach, FL 33069 |
| Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | Written lease for certain computer equipment listed on "Attachment A" attached to this Schedule H. |
| Gamme USA<br>5600 NW 37th Avenue<br>Miami, FL 33142 | Written commercial lease for the debtor's office and warehouse space at 2115 SW 2nd Street, Pompano Beach, FL 33069 |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | Copier lease (sixty month) for Toshiba E-Studio282 copier. |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **Symmetrical Stair, Inc.**                                              ,     Case No.    **09-21066**
                                    Debtor

# SCHEDULE H - CODEBTORS - AMENDED

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alphonso J. Cheponis**<br>**2115 SW 2nd Street**<br>**Pompano Beach, FL 33069** | |
| **Alphonso J. Cheponis**<br>**2115 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Vistage**<br>**8286 Bayberry Road**<br>**Jacksonville, FL 32256** |
| **Alphonso J. Cheponis**<br>**2115 SW 2nd Street**<br>**Pompano Beach, FL 33069** | **Exxon - Mobil**<br>**2195 N. University Park Blvd.**<br>**Layton, UT 84041** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Symmetrical Stair, Inc.**                                              Case No.    **09-21066**

                                                    Debtor(s)        Chapter    **11**


## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **June  8, 2009**                          Signature    **/s/ Alphonso J. Cheponis, III**

                                                            **Alphonso J. Cheponis, III**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

84 Lumber
P.O. Box 365
Eighty Four, PA 15330-0365


AAA Cooper Transporation
P.O. Box 102442
Atlanta, GA 30368-2442


ADT Security Service, Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967


Allied Fastener & Tool, Inc.
1130 North G Street
Lake Worth, FL 33460


Alphonso J. Cheponis
2115 SW 2nd Street
Pompano Beach, FL 33069


American Express Business Platinum Card
P.O. Box 981535
El Paso, TX 79998-1535


American Express Centurion Card
P.O. Box 297846
Fort Lauderdale, FL 33329-7846


Armchem International
3563 NW 53rd Court
Fort Lauderdale, FL 33309


Arrow Exterminators
P.O. Box 1560
Boca Raton, FL 33429-1560


Beasley Forest Products, Inc.
P.O. Box 788
Hazlehurst, GA 31539


Best Roofing
209 NW 12th Avenue
Pompano Beach, FL 33069

Broward Century Locksmiths, Inc.
37 NE 2nd Avenue
Deerfield Beach, FL 33441


Broward County - Revenue Collection
115 South Andrews Avenue, Room A100
Fort Lauderdale, FL 33301


Broward Powder Coating, Inc.
3810 NW 126th Avenue
Coral Springs, FL 33065


Buckingham, Doolittle & Burroughs, LLP
3800 Embassy Parkway, Suite 300
Akron, OH 44333


Builders Automation Machinery Co.
P.O. Box 10068
Largo, FL 33773-0068


Burt & Associates
6700 Pinecrest Drive #150
Plano, TX 75024


Carbide Sharpening, Inc.
4021 NE 6th Avenue
Fort Lauderdale, FL 33334


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Century Forest Products
P.O. Box 11916
Lynchburg, VA 24506-1916


Ceridian Benefit Services
3201 34th Street, South
Saint Petersburg, FL 33711


CitiBusiness AAdvantage Card
P.O. Box 44180
Jacksonville, FL 32231-4180

City of Pompano Beach
100 W Atlantic Blvd
Pompano Beach, FL 33061

Coast to Coast Building Products
P.O. Box 160189
Miami, FL 33116-0189

Commercial Services Group, Inc.
11603 Shelbyville Road, Suite 3
Louisville, KY 40243

Comp-Air Service Co.
13195 NW 38th Avenue
Miami, FL 33054

Corrine B. Rosner, Esq.
1776 N. Pine Island Road, Suite 208
Fort Lauderdale, FL 33322

Craig J. Trigoboff, Esq.
Waldman, Feluren, Hildebrandt & Trigobof
2200 North Commerce Parkway, Suite 202
Fort Lauderdale, FL 33326-3258

Crown Heritage Stair Co.
P.O. Box 130
North Wilkesboro, NC 28659

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

Custom Hardware Solutions
2030 Zell Road
Ferndale, WA 98248

Deerfield Builders Supply
77 SE 2d Avenue
Deerfield Beach, FL 33441

Deerfield Tire Center
317 South Federal Highway
Deerfield Beach, FL 33441

Dell Commercial Credit
P.O. Box 689020
Des Moines, IA 50368-9020


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Dickenson, Murphy, Rex & Sloan
980 N Federal Highway, Suite 410
Boca Raton, FL 33432


Digitel Corp
2600 School Drive
Atlanta, GA 30360-3158


Dixie Plywood
P.O. Box 608125
Orlando, FL 32860-8125


Erika S. Olson, Esq.
Wilson, Olson & Nash, P.C.
P.O. Box 1552
Rapid City, SD 57709


Euler Hermes, UMA
600 South 7th Street
Louisville, KY 40201-1672


Exxon - Mobil
2195 N. University Park Blvd.
Layton, UT 84041


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


Florida Department of Revenue
5050 West Tallahassee Street
Tallahassee, FL 32399-0125


Florida Panthers Hockey Club
One Panther Parkway
Sunrise, FL 33323

Ford Motor Credit Company, LLC
P.O. Box 6508
Mesa, AZ 85216-6508


Forest Product Distributors
P.O. Box 8088
Rapid City, SD 57709


Foster Learning Corp
P.O. Box 5099
Lighthouse Point, FL 33074


Furr and Cohen, P.A.
2255 Glades Road, Suite 337W
Boca Raton, FL 33431


Gamme USA
5600 NW 37th Avenue
Miami, FL 33142


Gator Leasing
10900 NW 25th Street, Suite 200
Miami, FL 33172-1922


GE
4246 South Riverboat Road
Salt Lake City, UT 84123


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


Grainger
455 Knightsbridge Pkwy
Lincolnshire, IL 60069-3614


Greymark Security Group
7301 NW 4th Street, Suite 110
Fort Lauderdale, FL 33317-2234


Heritage Forest Products, Inc.
P.O. Box 2460
Deland, FL 32721

Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


Hood Industries d/b/a McEwen Lumber Co.
P.O. Box 17317
Hattiesburg, MS 39404-7317


House of Forgings
P.O. Box 840383
Dallas, TX 75284-0383


Hyphen Solutions
16301 Quorum Drive
Suite 100A
Addison, TX 75001-6861


ICA Colections Systems
8691 W. McNab Road
Tamarac, FL 33321


Industrial Building Services
3511 NE 22d Avenue
Fort Lauderdale, FL 33308-6226


Iron Cove Solutions
8020 Rayford Drive
Los Angeles, CA 90045


J&E Fasteners
4648 N Hiatus Road
Fort Lauderdale, FL 33351


Jan Pro Cleaning
1700 North Dixie Highway, Suite 145
Boca Raton, FL 33432


Jeff Paul
NRS
2304 Tarpley Road, Suite 134
Carrollton, TX 75006

Jeremy R. Firth, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, FL 33156


Jones Lumber
4500 Oak Circle
Boca Raton, FL 33431


Kaufman Rossin & Co.
2699n S. Bayshore Drive
Miami, FL 33133


King Architectural Metals
9611 East RL Thornton
Dallas, TX 75228


King Architectural Metals
c/o Vericore
10115 Kincy, Suite 100
Huntersville, NC 28078


Klingspor Abrasives
P.O. Box 2367
Hickory, NC 28603


Kluger Peretz Kaplan & Berlin
201 S Biscayne Blvd., Suite 1700
Miami, FL 33131


Larry J. Olesky
13195 NW 38th Avenue
Miami, FL 33054


Lawrence Duffy, Esq.
Law Office of Lawrence Duffy
P.O. Box 243699
Boynton Beach, FL 33424-3699


Lee B. Gartner, Esq.
Lee B. Gartner, P.A.
5561 N University Drive
Suite 103
Coral Springs, FL 33067

Leepers Stair Products
2100 E. Artesia Boulevard
Long Beach, CA 90805


LG Smith Stair Systems
35280 Scio-Bowerston Road
Bowerston, OH 44695


LM Industrial
1429 Central Florida Pkwy
Orlando, FL 32837


Metal Spray Painting
c/o Deregon Financial Group
P.O. Box 6247
Fort Lauderdale, FL 33310


Mitchell A. Dinkin, Esq.
Mitchell A. Dinkin, P.A.
3960 Hypoluxo Road, Suite 202
Boynton Beach, FL 33436


Mobile Medical Solutions
P.O. Box 812078
Boca Raton, FL 33431


Moulding Solutions, Inc.
31 Weissinger Road
Kingston, GA 30145


NEBS
500 Main Street
Groton, MA 01471


New Metals, Inc.
5823 Northgate, Suite 2032
Laredo, TX 78041-2697


Office Depot
P.O. Box 688020
Des Moines, IA 50368-9020


Pam American Screw
630 Reese Drive
Conover, NC 28613

Paul Smith
Law Offices of Barry Serota and Assoc.
P.O. Box 1008
Arlington Heights, IL 60006


Peek Seven
2151 W. Hillsboro Blvd
Suite 300
Deerfield Beach, FL 33442


Piedmont Plastics, Inc.
P.O. Box 890216
Charlotte, NC 28289-0216


Pitney Bowes Purchase Power
P.O. Box 5065
Shelton, CT 06484-7135


Pitney Bowes, Inc.
2225 American Drive
Neenah, WI 54956-1005


Ply-Trim South, Inc.
P.O. Box 2336
Youngstown, OH 44509


Rapid Rooter
25 NE 5th Street
Pompano Beach, FL 33060


Ravi Batta, Esq.
Rosenfeld Stein Batta, P.A.
11900 Biscayne Boulevard, Suite 505
Miami, FL 33181


Redline Recovery Services, LLC
6201 Bonhomme Road, Suite 100S
Houston, TX 77036-4365


Redrock Print Productions
6196 Vista Linda Lane
Boca Raton, FL 33433

Rex Lumber
840 Main Street
Acton, MA 01720


Richard Blacharski
6221 Windchime Place
Boynton Beach, FL 33437


Richard S. Davis, Esq.
Foley & Lardner, LLP
Bank of America Tower
100 SE Second Street, Suite 1600
Miami, FL 33131


Rider Motorsports, Inc.d/b/a Excell Auto
6454 East Rogers Circle
Boca Raton, FL 33487


RMS
P.O. Box 523
Richfield, OH 44286


RVL Equipment
13225 NW 47th Avenue
Opa Locka, FL 33054


Salastech, Inc.
23163 Sunfield Drive
Boca Raton, FL 33433


Sample at Park Central, LLC
2100 Park Central Boulevard, North
Suite 900
Pompano Beach, FL 33064


Signature Stair
263 high Tower Parkway
Dawsonville, GA 30534


Smith Wood Products, Ltd.
4220 Clay Avenue
Haltom City, TX 76117

Source Building Products,Inc.
25617 Gateway Boulevard
Tracy, CA 95377


Southern Waste Systems
790 Hillbrath Drive
Lantana, FL 33462


Specialty Engineering Consultants
1599 SW 30th Avenue, Suite 20
Boynton Beach, FL 33426


Specialty Supplies
3410 Park Central Blvd., N
Pompano Beach, FL 33064


Sprint
P.O. Box 8077
London, KY 40742


Stacey S. Fisher, Esq.
Sprechman & Associates, P.A.
2775 Sunny Isles Boulevard, Suite 100
Miami, FL 33160-4007


Stair House, Inc.
8080 Troon Circle, Suite 180
Austell, GA 30168


Stair Parts Incorporated
200 Princeton Boulevard
Adairsville, GA 30103


Steve Leady
1252 SE 2d Avuenue
Deerfield Beach, FL 33441


Sunbelt Rentals
P.O. Box Rentals
Atlanta, GA 30384-9211


SunTrust Bank
303 Peachtree Street, NE, Suite 900
Atlanta, GA 30308

```
T-Mobile
P.O. Box 37380
Albuquerque, NM 87176-7980


The Watermen Co
4200 Oak Circle
Boca Raton, FL 33434


Thomas Fitzgerald, Esq.
Cox, Wells & Associates
3520 West Twenty-Sixth Street
Suite One
Erie, PA 16506


Thomas Ringel, Esq.
Markowitz, Davis, Ringel & Trusty, P.A.
Two Datran Center, Suite 1225
9130 S. Dadeland Boulevard
Miami, FL 33156-7849


Toshiba Business Solutions
6401 Nob Hill Road
Tamarac, FL 33321


Transworld Systems
3450 Lakeside Drive, No.: 304
Miramar, FL 33027


Transworld Systems, Inc.
P.O. Box 15630
Dept 23
Wilmington, DE 19850-5630


United Parcel Service
P.O. Box 650580
Dallas, TX 75265-0580


United Parcel Service Freight
P.O. Box 1216
Richmond, VA 23218-1216


Vacuum Pressing Systems
553 River Road
Brunswick, ME 04011
```

Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625


Verizon Wireless
P.O. Box 105378
Atlanta, GA 30348


Vina + Company
255 Alhambra Circle, Suite 715
Coral Gables, FL 33134


Vistage
8286 Bayberry Road
Jacksonville, FL 32256


Walnut Creek Planing, Ltd.
5778 State Route 515
Millersburg, OH 44654


William A. Ingraham, Jr., Esq.
William A. Ingraham, Jr., P.A.
P.O. Box 370098
Miami, FL 33137


Williams, Babbet & Weismon
5255 N Federal Highway Highway
Boca Raton, FL 33487


WM Cramer Lumber Company
110 Tech Drive
Sanford, FL 32771


Woodworker's Supply, Inc.
1108 North Glenn Road
Casper, WY 82601


Wright Express
P.O. Box 639
Portland, ME 04109


ZZYZX Transport, LLC
4580 Donald Ross Road, #99
Palm Beach Gardens, FL 33418