B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Alphonso Joseph Cheponis, III**                                Case No.   **09-21064**

                                       Debtor(s)                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AES/SunTrust Bank**<br>P.O. Box 2461<br>Harrisburg, PA 17105 | **AES/SunTrust Bank**<br>P.O. Box 2461<br>Harrisburg, PA 17105 | **Student Loan** | | **50,000.00** |
| **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **Consumer products and services** | | **2,200.00** |
| **American Express OPEN**<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | **American Express OPEN**<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | **Trade debt and business expenses** | | **295,871.30** |
| **American Express OPTIMA**<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | **American Express OPTIMA**<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | **Consumer products and services** | | **2,526.00** |
| **Bank of America**<br>P.O. Box 17054<br>Wilmington, DE 19884 | **Bank of America**<br>P.O. Box 17054<br>Wilmington, DE 19884 | **Consumer products and services** | | **25,816.00** |
| **Chase**<br>201 North Walnut Street #DE1-10<br>Wilmington, DE 19801 | **Chase**<br>201 North Walnut Street #DE1-10<br>Wilmington, DE 19801 | **2007 Range Rover SC, VIN No.: SALMF13487A260275**<br>**Mileage: 61,000 miles** | | **83,100.00**<br><br>**(48,361.00 secured)** |
| **Citibank SD, NA**<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | **Citibank SD, NA**<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | **Consumer products and services** | | **30,982.00** |
| **CitiBusiness AAdvantage Card**<br>P.O. Box 44180<br>Jacksonville, FL 32231-7627 | **CitiBusiness AAdvantage Card**<br>P.O. Box 44180<br>Jacksonville, FL 32231-7627 | **Trade debt and business expenses** | | **5,718.86** |
| **Denis J. Mello**<br>1211 Whitestone Way<br>Fort Lauderdale, FL 33325 | **Denis J. Mello**<br>1211 Whitestone Way<br>Fort Lauderdale, FL 33325 | **Trade debt** | | **100,000.00** |
| **Exxon - Mobil**<br>2195 N University Park Blvd<br>Layton, UT 84041 | **Exxon - Mobil**<br>2195 N University Park Blvd<br>Layton, UT 84041 | **Business fleet related fuel** | | **3,675.34** |
| **GE Capital**<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | **GE Capital**<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | **Trade debt and business expenses** | | **21,095.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Alphonso Joseph Cheponis, III**                                  Case No.   **09-21064**

Debtor(s)

<h2 align="center">LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED</h2>
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Internal Revenue Service** **Atlanta, GA** | **Internal Revenue Service** **Atlanta, GA** | **Income taxes for 2006. This amount is under review and is anticipated to be the subject of an amended return which, in turn, is expected to net a sig** | **Disputed** | **528,179.00** |
| **Mindy Discala** **7723 Monarch Court** **Delray Beach, FL 33446** | **Mindy Discala** **7723 Monarch Court** **Delray Beach, FL 33446** | **Equitable distribution couched as an alimony payment** | **Contingent** **Disputed** **Subject to Setoff** | **450,000.00** |
| **Mizner Preserve HOA, Inc.** **Attn: Ira Salamon (president)** **c/o Sachs, Sax & Caplan** **701 Yamato Road, Suite 4150** **Boca Raton, FL 33431** | **Mizner Preserve HOA, Inc.** **Attn: Ira Salamon (president)** **c/o Sachs, Sax & Caplan** **Boca Raton, FL 33431** | **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | | **9,000.00** **(845,985.00 secured)** **(854,864.00 senior lien)** |
| **Mortgage Service Center** **4001 Leadenhall Road** **Mount Laurel, NJ 08054** | **Mortgage Service Center** **4001 Leadenhall Road** **Mount Laurel, NJ 08054** | **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | | **94,876.00** **(845,985.00 secured)** **(759,988.00 senior lien)** |
| **Nelnet Loans** **6420 Southpoint Parkway** **Jacksonville, FL 32216** | **Nelnet Loans** **6420 Southpoint Parkway** **Jacksonville, FL 32216** | **Student Loan** | | **50,000.00** |
| **Office Depot** **P.O. Box 688020** **Des Moines, IA 50368-9020** | **Office Depot** **P.O. Box 688020** **Des Moines, IA 50368-9020** | **Trade debt -- office supplies** | | **861.51** |
| **Sample at Park Central** **2100 Park Central Boulevard, North** **Suite 900** **Pompano Beach, FL 33064** | **Sample at Park Central** **2100 Park Central Boulevard, North** **Suite 900** **Pompano Beach, FL 33064** | **Trade debt - Rent on former location of business** | | **33,600.00** |
| **SunTrust Bank** **c/o Romney C. Rogers, Esq.** **Rogers, Morris & Ziegler** **1401 East Broward Blvd,** **Suite 300** **Fort Lauderdale, FL 33301** | **SunTrust Bank** **c/o Romney C. Rogers, Esq.** **Rogers, Morris & Ziegler** **Fort Lauderdale, FL 33301** | **Guarantee on forebearance agreement related to business debt** | | **1,168,584.20** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Alphonso Joseph Cheponis, III**                                       Case No.    **09-21064**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **The Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **The Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Trade Debt** | | **1,110.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Alphonso Joseph Cheponis, III**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 25, 2009**                         Signature   **/s/ Alphonso Joseph Cheponis, III**
                                                             **Alphonso Joseph Cheponis, III**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Alphonso Joseph Cheponis, III** _____ ,
    Debtor

Case No. ____**09-21064**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 845,985.00 | | |
| B - Personal Property | Yes | 4 | 57,962.72 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 946,964.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 528,179.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,242,353.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,885.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,185.34 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 903,947.72 | | |
| Total Liabilities | | | | 3,717,496.21 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re   **Alphonso Joseph Cheponis, III**

Case No.   **09-21064**
_____
Debtor   ,

Chapter      **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Alphonso Joseph Cheponis, III**                                    ,    Case No.    __09-21064__
                                                                         Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | **Fee simple** | **H** | **845,985.00** | **863,864.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **845,985.00** | (Total of this page) |
| Total > | **845,985.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Alphonso Joseph Cheponis, III**
_____,   Case No.   __09-21064__
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | J | 21.72 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. No.: 1087677675 Citi Smith Barney 86 Lake View Avenue, Clifton, NJ  07011** | H | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Washer 9yo; dryer 9yo; refrigerator 9yo; pool heater, wine cooler.**<br><br>     **NOTE:  These items are being sold as part of the debtor's former residence.  There is currently a contract for sale of that house that includes thee items, and as soon as the new lender's appraisal is complete a motion to value and to approve the sale will be filed for consideration by this court. Because the value is part of that sale, it is not included as a part of the Schedule B values.  The Debtor believes the current value to be $500.** | H | 0.00 |
| | | | **Humidor; Epson printer; glassware; bench; dining table (no chairs); stereo; elliptical workout machine; rug; file cabinet, crib (3yo).** | H | 300.00 |

Sub-Total >      321.72
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re     **Alphonso Joseph Cheponis, III** _____ ,     Case No.     **09-21064** _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dresser; night stands (3); armoire, leather chairs (2); TV (Mitsubishi 40" 3yo); DVD players (2); TV (Sony 50" 2yo); vases (2); office desk; patio coffee tables (2); patio chairs (4); patio sofa; patio loveseat; patio chaises (2); grill, computer (Dell, 4yo); monitor (Dell, 4yo); hand tools; tool box; desk; cabinet; matresses (2); step ladder; portably compressor; kitchen table; chairs (4); igloo cooler; glassware; utensils; chandeliers (2); coffee maker; blender; waffle iron, electric griddle; hand mixer, iPods (2) | J | 1,100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Wine collection; 130 bottles.  Avg value: $40 per bottle and clown print.  NOTE:  The debtor has, in the past, had a substantial collection of wines.  Much of this wine has been consumed and, for several months in 2008, the wine was not properly stored creating a significant diminution of the value of same. | J | 5,230.00 |
| | | African art including wood carving, masks (3), door, skin, shield, spears (2) spearheads (2), animal skull and leopard print. | H | 350.00 |
| 6. Wearing apparel. | | Clothing - of no value but to debtor. | H | 0.00 |
| 7. Furs and jewelry. | | Wedding ring | H | 10.00 |
| | | Breitling Bentley S.S. Automatic Chrono Watch A443362.  NOTE:  Watch, although valuable, is currently damaged. | H | 2,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 set golf clubs - 10 years; 1 bicycle - 15 years; 1 piece exercise equipment for jogging - 7 years; 1 Nikon camera and lens - 5 years; 1 set ski boots - 6 years | H | 80.00 |
| | | 1 Cannon camera | J | 10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | MetLife life insurance - Term policy Policy No.: 208-190-661-US Face value: $1,000,000.00 Current value is as shown. | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **9,280.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Alphonso Joseph Cheponis, III**                                              ,    Case No.    **09-21064**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Symmetrical Stair, Inc. -- this business is involved in an affiliated bankruptcy, Case No.: 09-21995-PGH** | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet    **2**    of    **3**    continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Alphonso Joseph Cheponis, III**                                           ,          Case No.      **09-21064**
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Range Rover SC, VIN No.: SALMF13487A260275 Mileage:  61,000 miles** | H | 48,361.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 48,361.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total >  | 57,962.72 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  **Alphonso Joseph Cheponis, III**                                      ,        Case No.  **09-21064**
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:            ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                       $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| Humidor; Epson printer; glassware; bench; dining table (no chairs); stereo; elliptical workout machine; rug; file cabinet, crib (3yo). | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| Dresser; night stands (3); armoire, leather chairs (2); TV (Mitsubishi 40" 3yo); DVD players (2); TV (Sony 50" 2yo); vases (2); office desk; patio coffee tables (2); patio chairs (4); patio sofa; patio loveseat; patio chaises (2); grill, computer (Dell, 4yo); monitor (Dell, 4yo); hand tools; tool box; desk; cabinet; matresses (2); step ladder; portably compressor; kitchen table; chairs (4); igloo cooler; glassware; utensils; chandeliers (2); coffee maker; blender; waffle iron, electric griddle; hand mixer, iPods (2) | Fla. Const. art. X, § 4(a)(2) NOTE: Exemption over $1,000 represents exemption of the non-filing spouse and join owner of this property. | 1,100.00 | 1,100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Wine collection; 130 bottles.  Avg value: $40 per bottle and clown print | 11 U.S.C. § 522(b)(3)(B) | 5,200.00 | 5,230.00 |
|    NOTE:  The debtor has, in the past, had a substantial collection of wines.  Much of this wine has been consumed and, for several months in 2008, the wine was not properly stored creating a significant diminution of the value of same. | | | |
| African art including wood carving, masks (3), door, skin, shield, spears (2) spearheads (2), animal skull and leopard print. | Fla. Stat. Ann. § 222.25(4) | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| Wedding ring | Fla. Stat. Ann. § 222.25(4) | 10.00 | 10.00 |
| Breitling Bentley S.S. Automatic Chrono Watch A443362 | Fla. Stat. Ann. § 222.25(4) | 2,500.00 | 2,500.00 |
|    NOTE:  Watch, although valuable, is currently damaged. | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1 set golf clubs - 10 years; 1 bicycle - 15 years; 1 piece exercise equipment for jogging - 7 years; 1 Nikon camera and lens - 5 years; 1 set ski boots - 6 years | Fla. Stat. Ann. § 222.25(4) | 80.00 | 80.00 |
| 1 Cannon camera | Fla. Const. art. X, § 4(a)(2) Additional exemption over $1,000 is that of the debtor's non-filing spouse and joint owner of this property. | 10.00 | 10.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Alphonso Joseph Cheponis, III**                                    ,      Case No.    **09-21064**
                                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Stock and Interests in Businesses** | | | |
| **Symmetrical Stair, Inc. -- this business is involved in an affiliated bankruptcy, Case No.: 09-21995-PGH** | **Fla. Stat. Ann. § 222.25(4)** | **1,060.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Range Rover SC, VIN No.: SALMF13487A260275 Mileage: 61,000 miles** | **Fla. Stat. Ann. § 222.25(1)** | **1,000.00** | **48,361.00** |

|  | Total: | **11,610.00** | **57,941.00** |

Sheet   __1__  of  __1__   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Alphonso Joseph Cheponis, III__ ,                                      Case No. __09-21064__
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx1628XXXX** <br><br> **Chase** <br> **201 North Walnut Street #DE1-10** <br> **Wilmington, DE 19801** | | H | | | 11-1-2007 <br><br> **Purchase Money Security** <br><br> **2007 Range Rover SC, VIN No.: SALMF13487A260275 Mileage: 61,000 miles** | | | | | |
| | | | | | Value $              **48,361.00** | | | | 83,100.00 | 34,739.00 |
| Account No. <br><br> **Mizner Preserve HOA, Inc.** <br> **Attn: Ira Salamon (president)** <br> **c/o Sachs, Sax & Caplan** <br> **701 Yamato Road, Suite 4150** <br> **Boca Raton, FL 33431** | | - | | | **Third Lien** <br><br> **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | | | | | |
| | | | | | Value $              **845,985.00** | | | | 9,000.00 | 9,000.00 |
| Account No. **xxxxx7987XXXX** <br><br> **Mortgage Service Center** <br> **4001 Leadenhall Road** <br> **Mount Laurel, NJ 08054** | | - | | | 1-1-2006 <br> **Second Mortgage** <br><br> **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | | | | | |
| | | | | | Value $              **845,985.00** | | | | 94,876.00 | 8,879.00 |
| Account No. **xxxxx0365XXXX** <br><br> **Mortgage Service Center** <br> **4001 Leadenhall Road** <br> **Mount Laurel, NJ 08054** | | - | | | 1-1-2006 <br> **First Mortgage** <br><br> **Single family home located at 6435 D'Orsay Court, Delray Beach, Florida 33484; legal description is provided on a quit claim deed attached hereto.** | | | | | |
| | | | | | Value $              **845,985.00** | | | | 759,988.00 | 0.00 |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 946,964.00 | 52,618.00 |
| Total <br> (Report on Summary of Schedules) | 946,964.00 | 52,618.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re __Alphonso Joseph Cheponis, III_____, Case No. ___09-21064_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Alphonso Joseph Cheponis, III**                                      ,      Case No.  **09-21064**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **Internal Revenue Service** **Atlanta, GA** | - | | | Income taxes for 2006. This amount is under review and is anticipated to be the subject of an amended return which, in turn, is expected to net a significantly lower tax due. | | | X | **528,179.00** | **Unknown** **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **528,179.00**   **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** |
| | | **528,179.00**   **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Alphonso Joseph Cheponis, III** _____ ,   Case No. ____**09-21064**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx130PA0XXXX** | | | | | 9-1-2007 | | | | |
| AES/SunTrust Bank P.O. Box 2461 Harrisburg, PA 17105 | | | J | | **Student Loan** | | | | |
| | | | | | | | | | 50,000.00 |
| Account No. **xxxxxxxx4581XXXX** | | | | | 21-1-1996 | | | | |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | - | | **Consumer products and services** | | | | |
| | | | | | | | | | 2,200.00 |
| Account No. **xxxxxxx3140XXXX** | | | | | 10-1-1996 | | | | |
| American Express OPEN P.O. Box 297871 Fort Lauderdale, FL 33329 | X | | J | | **Trade debt and business expenses** | | | | |
| | | | | | | | | | 295,871.30 |
| Account No. **xxxxxxx4581XXXX** | | | | | 12-1-1996 | | | | |
| American Express OPTIMA P.O. Box 297871 Fort Lauderdale, FL 33329 | | | - | | **Consumer products and services** | | | | |
| | | | | | | | | | 2,526.00 |

__3__  continuation sheets attached

Subtotal
(Total of this page)

350,597.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:40335-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Alphonso Joseph Cheponis, III** _____,    Case No. ___**09-21064**_____
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0225**<br><br>**Bank of America**<br>**P.O. Box 17054**<br>**Wilmington, DE 19884** | | - | | | **2005 - 2009**<br>**Consumer products and services** | | | | 25,816.00 |
| Account No. **xxxx-xxxx-xxxx-7910**<br><br>**Citibank SD, NA**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | - | | | **2005 to 2008**<br>**Consumer products and services** | | | | 30,982.00 |
| Account No. **xxxx-xxxx-xxxx-7627**<br><br>**CitiBusiness AAdvantage Card**<br>**P.O. Box 44180**<br>**Jacksonville, FL 32231-7627** | X | J | | | **2004 - 03/02/09**<br>**Trade debt and business expenses** | | | | 5,718.86 |
| Account No.<br><br>**Denis J. Mello**<br>**1211 Whitestone Way**<br>**Fort Lauderdale, FL 33325** | | - | | | **04/23/2003**<br>**Trade debt** | | | | 100,000.00 |
| Account No.<br><br>**Enhanced Recovery Group**<br>**8014 Bayberry Road**<br>**Jacksonville, FL 32256** | | - | | | **Collection account** | | | X | 313.00 |

Sheet no. _**1**___ of _**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

162,829.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alphonso Joseph Cheponis, III**                                    ,        Case No.  **09-21064**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx1000** | | | | **2000 - 2/2009** **Business fleet related fuel** | | | | |
| Exxon - Mobil 2195 N University Park Blvd Layton, UT 84041 | X | J | | | | | | |
| | | | | | | | | 3,675.34 |
| Account No. **xxxx-xxxx-xxxx-2115** | | | | **2007** **Trade debt and business expenses** | | | | |
| GE Capital P.O. Box 3083 Cedar Rapids, IA 52406-3083 | X | J | | | | | | |
| | | | | | | | | 21,095.00 |
| Account No. | | | | **Equitable distribution couched as an alimony payment**       **Subject to setoff.** | | | | |
| Mindy Discala 7723 Monarch Court Delray Beach, FL 33446 | - | | | | X | | X | |
| | | | | | | | | 450,000.00 |
| Account No. **4396XXXX** | | | | **8-1-2006** **Student Loan** | | | | |
| Nelnet Loans 6420 Southpoint Parkway Jacksonville, FL 32216 | | J | | | | | | |
| | | | | | | | | 50,000.00 |
| Account No. **6011-5646-0002-2288** | | | | **2001 - 10/2008** **Trade debt -- office supplies** | | | | |
| Office Depot P.O. Box 688020 Des Moines, IA 50368-9020 | X | - | | | | | | |
| | | | | | | | | 861.51 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **525,631.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alphonso Joseph Cheponis, III**                                          ,    Case No.    **09-21064**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **SYMMETRI 01**<br><br>**Sample at Park Central**<br>**2100 Park Central Boulevard, North**<br>**Suite 900**<br>**Pompano Beach, FL 33064** | - | | | **2000 - 04/01/09**<br>**Trade debt - Rent on former location of business** | | | | **33,600.00** |
| Account No. **Case No.: 09-030447**<br><br>**SunTrust Bank**<br>**c/o Romney C. Rogers, Esq.**<br>**Rogers, Morris & Ziegler**<br>**1401 East Broward Blvd, Suite 300**<br>**Fort Lauderdale, FL 33301** | X | J | | **05-23-2008**<br>**Guarantee on forebearance agreement related to business debt** | | | | **1,168,584.20** |
| Account No. **xxxxxxxxxxxx3444**<br><br>**The Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | X | J | | **2000 - 3/2009**<br>**Trade Debt** | | | | **1,110.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **1,203,294.20** |
| Total<br>(Report on Summary of Schedules) | | **2,242,353.21** |

B6G (Official Form 6G) (12/07)

.

In re    **Alphonso Joseph Cheponis, III**                                      ,     Case No.    **09-21064**
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Alphonso Joseph Cheponis, III**                                    ,        Case No.    **09-21064**
                                                                          Debtor

## SCHEDULE H - CODEBTORS - AMENDED

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Symmetrical Stair**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **Exxon - Mobil**<br>**2195 N University Park Blvd**<br>**Layton, UT 84041** |
| **Symmetrical Stair, Inc**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **GE Capital**<br>**P.O. Box 3083**<br>**Cedar Rapids, IA 52406-3083** |
| **Symmetrical Stair, Inc**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **The Home Depot**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** |
| **Symmetrical Stair, Inc**<br>**2115 SW 2d Avenue**<br>**Pompano Beach, FL 33069** | **American Express OPEN**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** |
| **Symmetrical Stair, Inc**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **SunTrust Bank**<br>**c/o Romney C. Rogers, Esq.**<br>**Rogers, Morris & Ziegler**<br>**1401 East Broward Blvd, Suite 300**<br>**Fort Lauderdale, FL 33301** |
| **Symmetrical Stair, Inc**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **Office Depot**<br>**P.O. Box 688020**<br>**Des Moines, IA 50368-9020** |
| **Symmetrical Stair, Inc.**<br>**2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | **CitiBusiness AAdvantage Card**<br>**P.O. Box 44180**<br>**Jacksonville, FL 32231-7627** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                         Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Alphonso Joseph Cheponis, III**                                    Case No.  __09-21064__
                                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Stepdaughter**<br>**Stepdaughter**<br>**Daughter** | AGE(S):<br>**15**<br>**20**<br>**3** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President/owner** | |
| Name of Employer | **Symmetrical Stair, Inc.** | |
| How long employed | **15 years** | |
| Address of Employer | **2115 SW 2d Street**<br>**Pompano Beach, FL 33069** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **9,500.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **9,500.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,615.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,615.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **7,885.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **7,885.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **7,885.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Alphonso Joseph Cheponis, III**                                      Case No.  **09-21064**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,531.34 |
| a. Are real estate taxes included? | Yes **X**    No ___ | |
| b. Is property insurance included? | Yes **X**    No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 400.00 |
| b. Water and sewer | | $ 80.00 |
| c. Telephone | | $ 100.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 74.00 |
| 4. Food | | $ 775.00 |
| 5. Clothing | | $ 175.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 125.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 160.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 125.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 1,250.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Personal care** | | $ 65.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 7,185.34 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**With this case, Debtor is filing to discharge and/or significantly reduce the $8,500 per month amount due to his ex-wife which, while labeled "alimony", is in fact a dischargeable distribution.  In addition, the debtor owns a car which he plans to cram down and pay in the plan.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 7,885.00 |
| b. | Average monthly expenses from Line 18 above | $ 7,185.34 |
| c. | Monthly net income (a. minus b.) | $ 699.66 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Alphonso Joseph Cheponis, III**

Debtor(s)

Case No.  **09-21064**

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 25, 2009**

Signature  **/s/ Alphonso Joseph Cheponis, III**

**Alphonso Joseph Cheponis, III**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    __Alphonso Joseph Cheponis, III__                                     Case No.    __09-21064__

                                        Debtor(s)             Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,000.00** | **Symmetrical Stair, Inc.  2009 YTD** |
| **$0.00** | **Symmetrical Stair, Inc.  2008**<br>    **NOTE: this figure is still being compiled by the Debtor's accountant and is not yet available.** |
| **$499,000.00** | **Symmetrical Stair, Inc.  2007** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cheponis v. Cheponis Case No. 502004DR11891XXXXSB(FZ)** | **Alimony, equitable distribution** | **Fifteenth Judicial Circuit - Palm Beach County, Florida** | **Pending** |
| **HSBC Bank vs. Cheponis Case No. 502008CA020477XXXXMB (see also, Mortgage Service Center)** | **Mortgage foreclosure** | **Fifteenth Circuit, Palm Beach County, Florida** | **Pending** |
| **SunTrust Bank vs. Symmetrical Stair & Cheponis Case No. CACE09-030447(09)** | **Collections** | **Seventeenth Circuit, Broward County, Florida** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Dennis J. Mello v. Symmetrical Stair, Inc. and A.J. Cheponis Case No. CACE05-005902CA(12)** | **Declaratory Relief, Breach of Contract, Unjust Enrichment** | **Seventeenth Circuit, Broward County, Florida** | **Pending** |
| **Sample at Park Central, LLC v. Symmetrical Stair, Inc. and Alphonso J. Cheponis Case No. CACE08-023213(25)** | **Tenant removal, Termination of lease, Past due rent** | **Seventeenth Circuit, Broward County, Florida** | **Order Approving Settlement and Dismissing Case filed** |

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Shapiro, Blasi, Wasserman & Gora, P.A.**<br>**7777 Glades Road**<br>**Suite 400**<br>**Boca Raton, FL 33434** | **06-02-2009** | **$15,000.00 -- includes $3,000 in costs for a net fee retainer of $12,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **John Hancock Life Insurance Company**<br>**P.O. Box 600**<br>**Buffalo, NY 14201-0600** | **401(k) Acct. No.: 11162**<br>**Final Balance:  $52,000 (est)** | **12-5-08** |

5

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **SunTrust Bank -- PBG Office**<br>**4500 PGA Blvd., Ste 111**<br>**Palm Beach Gardens, FL 33418** | **Checking acct.** | **4-24-2009 (note that closing was not effected by the bank until 6-11-09).** |
| **BankAtlantic**<br>**9600 North Alternate A1A**<br>**Palm Beach Gardens, FL 33410** | **Checking - Acct. No. ******6928 - $1.00** | **06/11/2009** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Lisa M. Cheponis**<br>**1013 Vintner Blvd**<br>**Palm Beach Gardens, FL 33410** | **The debtor lives with his wife in a home she owned prior to their marriage. With the exception of the items listed in Schedule B, all of the personal property in the home belongs to her.** | **1013 Vintner Blvd, Palm Beach Gardens, Florida 33410** |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6435 D'Orsay Court**<br>**Delray Beach, FL 33484** | **Same as above** | **2000 - 2008** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Symmetrical Stair, Inc.** | 65-0557223 | **2115 SW 2d Avenue Pompano Beach, FL 33069** | **Stair manufacturing** | **1995 - Date** |
| **Pangea Management, LLC** | NONE | **2119 Park Central Blvd North Pompano Beach, FL 33064** | **Company was formed but never operated.** | **01/2007 -- 1/2007** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Centurion Millwork, Inc.** | **NONE** | **2119 Park Central North Pompano Beach, FL 33064** | **Entity was formed but never operated. Note that Symmetrical Stair did use this name for a short time in 2006 and 2007 to sell retail wood mouldings. However, this company never engaged in business.** | **1/2007 - 1/2007** |
| **Veritas Marketing, Inc.** | **NONE** | **2119 Park Central North Pompano Beach, FL 33064** | **Entity was formed but not operated. It was going to be a marketing firm, but startup was to occur just as the market fell and therefore it never executed any business.** | **3/2007 - 3/2007** |
| **Ultimate Railing Replacement, Inc.** | **NONE** | **2119 Park Central Blvd North Pompano Beach, FL 33064** | **Entity was formed but did not operate.** | **8/2007 - 8/2007** |
| **Klomin, Inc.** | **20-0091249** | **2119 Park Central Blvd North Pompano Beach, FL 33064** | **This entity was established to sell retail millwork but never engaged in any business.** | **5/2003 - 5/2003** |
| **Global Stair Systems, Inc.** | **65-1110749** | **2119 Park Central Blvd North Pompano Beach, FL 33064** | **This entity was formed but never engaged in any business. Company was kept technically "active" to maintain the name.** | **8/2000 - 8/2000** |

None
    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Shavel & Company, P.A.**                                          **March, 2009 to Date**
**950 Peninsula Corporate Circle, Suite 1000**
**Boca Raton, FL 33487**

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Vina + Company**<br>**255 Alhambra Circle, Suite 715**<br>**Coral Gables, FL 33134** | **2005 - 2007** |
| **Kaufman Rossin & Co.**<br>**2699 S. Bayshore Drive**<br>**Miami, FL 33133** | **2008 - 2009** |
| **Richard Blacharski**<br>**6221 Windchime Place**<br>**Boynton Beach, FL 33437** | **2005 - 2009** |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                    DATES SERVICES RENDERED

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS
**Shavel & Company, P.A.**                                        **950 Peninsula Corporate Circle, Suite 1000**
                                                                  **Boca Raton, FL 33487**

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                  DATE ISSUED

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

                                                                  DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR                  (Specify cost, market or other basis)

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

                                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                          RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                          NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                  NATURE AND PERCENTAGE
NAME AND ADDRESS                          TITLE                   OF STOCK OWNERSHIP

9

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                          ADDRESS                                          DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                                 DATE AND PURPOSE                   AMOUNT OF MONEY
                                                                                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                        OF WITHDRAWAL                      VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 25, 2009**                          Signature   **/s/ Alphonso Joseph Cheponis, III**
                                                              **Alphonso Joseph Cheponis, III**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

AES/SunTrust Bank
P.O. Box 2461
Harrisburg, PA 17105


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express OPEN
P.O. Box 297871
Fort Lauderdale, FL 33329


American Express OPTIMA
P.O. Box 297871
Fort Lauderdale, FL 33329


Amy Sumacewski, Attorney-at-Law
Lavalle, Brown, Ronan & Mullins, P.A.
750 South Dixie Highway
Boca Raton, FL 33432


Bank of America
P.O. Box 17054
Wilmington, DE 19884


Chase
201 North Walnut Street #DE1-10
Wilmington, DE 19801


Citibank SD, NA
P.O. Box 6241
Sioux Falls, SD 57117


CitiBusiness AAdvantage Card
P.O. Box 44180
Jacksonville, FL 32231-7627


David P. Lister, Esq.
Martin, Lister, Alvarez & Genovese, PLC
2893 Executive Park Drive, Suite 204
Fort Lauderdale, FL 33331


Denis J. Mello
1211 Whitestone Way
Fort Lauderdale, FL 33325

Enhanced Recovery Group
8014 Bayberry Road
Jacksonville, FL 32256


Exxon - Mobil
2195 N University Park Blvd
Layton, UT 84041


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


Internal Revenue Service
Atlanta, GA


Mindy Discala
7723 Monarch Court
Delray Beach, FL 33446


Mizner Preserve HOA, Inc.
Attn: Ira Salamon (president)
c/o Sachs, Sax & Caplan
701 Yamato Road, Suite 4150
Boca Raton, FL 33431


Mortgage Service Center
4001 Leadenhall Road
Mount Laurel, NJ 08054


Nelnet Loans
6420 Southpoint Parkway
Jacksonville, FL 32216


Office Depot
P.O. Box 688020
Des Moines, IA 50368-9020


Sample at Park Central
2100 Park Central Boulevard, North
Suite 900
Pompano Beach, FL 33064

SunTrust Bank
c/o Romney C. Rogers, Esq.
Rogers, Morris & Ziegler
1401 East Broward Blvd, Suite 300
Fort Lauderdale, FL 33301


Symmetrical Stair
2115 SW 2d Street
Pompano Beach, FL 33069


Symmetrical Stair, Inc
2115 SW 2d Street
Pompano Beach, FL 33069


Symmetrical Stair, Inc
2115 SW 2d Avenue
Pompano Beach, FL 33069


Symmetrical Stair, Inc.
2115 SW 2d Street
Pompano Beach, FL 33069


The Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029

**B22B (Official Form 22B) (Chapter 11) (01/08)**

In re **Alphonso Joseph Cheponis, III**
_____
                    Debtor(s)

Case Number: **09-21064**
_____
                    (If known)

# AMENDED
# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ■ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** <br> c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> Debtor's Income | **Column B** <br> Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ **9,500.00** | $ 0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00 <br> b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00 <br> c. Business income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. <br><br> a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00 <br> b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 0.00 <br> c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 / Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a. _____ Debtor $ ____ / Spouse $ ____ <br> b. _____ Debtor $ ____ / Spouse $ ____ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ **9,500.00** | $ 0.00 |

**B22B (Official Form 22B) (Chapter 11) (01/08)**                                                                        **2**

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $                          **9,500.00** |
|----|----|----|

| | **Part II. VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* <br><br> Date:  __**June 25, 2009**__          Signature:  __**/s/ Alphonso Joseph Cheponis, III**__ <br><br> **Alphonso Joseph Cheponis, III** <br> (Debtor) |

# United States Bankruptcy Court
## Southern District of Florida

In re   **Alphonso Joseph Cheponis, III**                                          Case No.   **09-21064**

_____            Chapter   **11**
Debtor(s)

## DECLARATION REGARDING PAYMENT ADVICES - AMENDED

**Debtor:**

■   Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of all payment advices **are not** attached because the debtor:
   ☐   receives disability payments
   ☐   is unemployed and does not receive unemployment compensation
   ☐   receives Social Security payments
   ☐   receives a pension
   ☐   does not work outside the home
   ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

**Joint Debtor (if applicable):**

☐   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐   Copies of payment advices **are not** attached because the joint debtor:
   ☐   receives disability payments
   ☐   is unemployed and does not receive unemployment compensation
   ☐   receives Social Security payments
   ☐   receives a pension
   ☐   does not work outside the home
   ☐   is self employed and does not receive payment advices

☐   None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

LF-10 (06/02/08)                                    Page 1 of 2

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

**/s/ Alphonso Joseph Cheponis, III**                                      Date:    **June 25, 2009**

**Alphonso Joseph Cheponis, III**
Signature of Attorney or Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy